UNITED STATES of America, Plaintiff–Appellee,

v.

Calvin EFFRON, Defendant–Appellant.

No. 08–31209
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 1, 2009.

Emily Katherine Greenfield, Stephen A. Higginson, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Louisiana, New Orleans, LA, for Plaintiff–Appellee.

Robin Elise Schulberg, Virginia Laughlin Schlueter, Federal Public Defender, Federal Public Defender's Office, Eastern District of Louisiana, New Orleans, LA, for Defendant–Appellant.

Before SMITH, STEWART, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The parties agree that the sentence should be vacated and remanded for resentencing, because some necessary documents were not provided to the district court for consideration with regard to pri-

---

**312**

or convictions. They have filed a joint motion for remand and resentencing.

The sentence is VACATED, and this matter is REMANDED for resentencing. As agreed, the defendant preserves, for any appeal after remand, his second issue on appeal, regarding the admission of trial testimony.

The government's alternative motion to extend the time to file its brief is DENIED as unnecessary.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

